UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JAMES BOWMAN and MELISSA GIBSON, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) CASE NO. 1:11-cv-00593-RLY-TAB ) |
| INTERNATIONAL BUSINESS MACHINES CORPORATION, ACS HUMAN SERVICES, LLC, and PHOENIX DATA CORPORATION, ARBOR E&T, LLC, | ) ) ) ) ) |
| Defendants. | ) ) |

**ORDER ON FEBRUARY 7, 2012, PRETRIAL CONFERENCE**

The parties appeared by counsel on February 7, 2012, for a pretrial conference and the Court heard argument on case management and discovery-related issues and motions. At the heart of the argument was Plaintiffs' motion to extend Case Management Plan deadlines [Docket No. 135], which seeks to extend all CMP deadlines by 90 days. Defendant ACS does not object to a "reasonable" extension of CMP deadlines [Docket No. 138], but the remaining Defendants argue that only minimal CMP modifications are appropriate. [Docket No. 137.]

The pretrial conference revealed that ACS has not fully responded to Plaintiffs' discovery. This is due, it appears, primarily to the fact that ACS's discovery responses must first be vetted through FSSA. This process is occurring in stages, and at the time of the conference counsel represented that Phase 1 of three phases was approximately 80% completed. The discovery process is expected to produce well in excess of one million pages of discovery

responses. Plaintiffs' counsel also stated that Plaintiffs still are awaiting a privilege log from IBM, emphasizing to the Court the importance of a privilege log.

Based upon the foregoing, the Court reluctantly concludes that the enlargements to the CMP requested by the Plaintiffs are necessary to the orderly management of this action, even though it necessarily involves some delay. Accordingly, Plaintiffs' motion to extend CMP deadlines [Docket No. 135] is granted, and all CMP deadlines are enlarged by 90 days.

On a related note, Defendant Phoenix Data Corporation filed a motion to enlarge the deadline to respond to Plaintiffs' discovery requests to March 5, 2012. That motion is granted. However, in that motion Phoenix's counsel represented to the Court, "Counsel has been unable to reach counsel for the Plaintiffs..." with respect to whether Plaintiffs would object to Phoenix's motion. At the pretrial, however, Plaintiffs' counsel orally represented to the Court that Phoenix's counsel made no attempt to contact Plaintiffs' counsel regarding this motion. Obviously, both of these representations cannot be accurate, and the Court is concerned about what appear to be inaccurate representations—either in Phoenix's motion or in Plaintiffs' counsel's oral representation at the conference. Counsel for Phoenix and the Plaintiffs shall file a statement (or separate statements, if necessary) by March 2, 2012, explaining this discrepancy.

Finally, the conference also addressed IBM's request for certain discovery information from Plaintiffs. First, IBM requested a privilege log. Given Plaintiffs' counsel's prior representation (noted above) concerning the importance of a privilege log, Plaintiffs cannot seriously argue that they should be excused from the sometimes burdensome requirement of providing a privilege log. Accordingly, Plaintiffs shall provide the requested privilege log by March 9, 2012. Also by this date, Plaintiffs shall provide all additional information available

regarding the identities of the potential class members. Also by March 9 Plaintiffs shall produce all medical/damages information regarding the Plaintiffs that the Defendants have requested. Finally, Defendants shall be permitted until April 9, 2012, to conduct discovery regarding the class members and their claims.

Dated: 02/23/2012

_____

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Copies to:

Kevin W. Betz
BETZ & BLEVINS
kbetz@betzadvocates.com

Sandra L. Blevins
BETZ & ASSOCIATES
sblevins@betzadvocates.com

Craig L. Briskin
MEHRI & SKALET, PLLC
cbriskin@findjustice.com

Jenny R. Buchheit
ICE MILLER LLP
jenny.buchheit@icemiller.com

Daniel K. Burke
HOOVER HULL LLP
dburke@hooverhull.com

Aaron D. Charfoos
KIRKLAND & ELLIS LLP
aaron.charfoos@kirkland.com

Adam Clay
INDIANA ATTORNEY GENERAL
Adam.Clay@atg.in.gov

John B. Drummy
KIGHTLINGER & GRAY
jdrummy@k-glaw.com

Benjamin C. Ellis
BETZ & BLEVINS
bellis@betzadvocates.com

Wendy Netter Epstein
KIRKLAND & ELLIS LLP
wendy.epstein@kirkland.com

Jason L. Fulk
HOOVER HULL LLP
jfulk@hooverhull.com

Melanie E. Harris
ICE MILLER LLP
melanie.harris@icemiller.com

Thomas J. Henderson
HENDERSON LAW FIRM PLLC
tjh@hendersonfirm.net

Zachary D. Holmstead
KIRKLAND & ELLIS
zachary.holmstead@kirkland.com

Anna May Howard
SEVERNS & STINSON LAW FIRM
amh@severns.com

Andrew W. Hull
HOOVER HULL LLP
awhull@hooverhull.com

John F. Ittenbach
ITTENBACH JOHNSON TRETTIN & KOELLER
jfittenbach@IJTKlaw.com

Robert M. Kelso
KIGHTLINGER & GRAY
rkelso@k-glaw.com

Robert M. Koeller
ITTENBACH JOHNSON TRETTIN & KOELLER
rkoeller@ijtklaw.com

Laurie E. Martin
HOOVER HULL LLP
lmartin@hooverhull.com

Steven D. McCormick
KIRLAND & ELLIS LLP
smccormick@kirkland.com

Judith S. Okenfuss
ICE MILLER LLP
judy.okenfuss@icemiller.com

Martin L. Roth
KIRKLAND & ELLIS LLP
martin.roth@kirkland.com

Scott Richard Severns
SEVERNS & ASSOCIATES
sseverns@severns.com

Anne M. Sidrys
KIRKLAND & ELLIS LLP
anne.sidrys@kirkland.com

Steven A. Skalet
MEHRI & SKALET, PLLC
sskalet@findjustice.com

Diana M. Watral
KIRKLAND & ELLIS LLP
diana.watral@kirkland.com

L. Alan Whaley
ICE MILLER LLP
whaley@icemiller.com

Michael Wroblewski
KIGHTLINGER & GRAY
mwroblewski@k-glaw.com

Michael A. Wukmer
ICE MILLER LLP
michael.wukmer@icemiller.com